## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Kenneth Hawkes
    Plaintiff(s)

v.                 CIVIL ACTION NO. 1:19-cv-11484-FDS

BSI Financial Services, Inc.
    Defendant(s)

### JUDGMENT IN A CIVIL CASE

Saylor U.S.D.J

**IT IS ORDERED AND ADJUDGED:** Pursuant to the Order of this court on 3/13/2020, Summary Judgment is GRANTED for the Defendant. This action is hereby dismissed.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 3/13/2020

By /s/ Taylor Halley
Deputy Clerk